# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

    Plaintiff,

    -vs-        Case No. 95-CR-112

**ANTHONY L. HILL,**

    Defendant.

## DECISION AND ORDER

Before the Court is Defendant Anthony Hill's (Hill) motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c) which allows a court to reduce a sentence if the U.S. Sentencing Commission (Commission) has lowered the applicable guideline range and the reduction is consistent with applicable policy statements issued by the Commission.

Amendment 782 to the United States Sentencing Guidelines did lower the penalties for most drug offenses by reducing most offense levels on the 2D1.1 Drug Quantity Table. However, the Amendment does not benefit Hill because the effect of lowering the offense levels under 2D1.1 does not lower his guideline range. Accordingly, his motion must be denied.

**IT IS HEREBY ORDERED THAT:**

Hill's motion to reduce sentence (ECF No. 101) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 2nd day of March, 2015.

                                          **BY THE COURT:**

                                          */s/ Rudolph T. Randa*
                                          **HON. RUDOLPH T. RANDA**
                                          **U.S. District Judge**